BILL HAGLER, CHARLES
HAGLER, DEBBIE GRAINGER,

      Appellants,

v.

JAMES T. GRAINGER, JR.
AND DENICE GRAINGER,

      Appellees.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1361

_____/

Opinion filed October 3, 2017.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Terry P. Roberts and Mark V. Murray, Tallahassee, for Appellants.

Leonard E. Ireland, Jr., Gainesville, for Appellees.

PER CURIAM.

     AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.